633 S.E.2d 492

**In the Matter of Randolph FRAILS, Petitioner.**

Supreme Court of South Carolina.

July 18, 2006.

## ORDER

Petitioner was suspended on June 12, 2006, for a period of sixty (60) days, credited against his more-than-six-month interim suspension. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

Jean H. Toal, C.J.

By s/Daniel E. Shearouse
Clerk